UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Troy Jones,

                Case Number:   1:00-cv-00095

     V.

Officer Sheppard, et. Al.,          Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the JURY TRIAL in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 842 |
| | DATE AND TIME |
| | OCTOBER 7, 2003 at 9:30 AM |

SPECIAL INSTRUCTIONS:

1. This trial is anticipated to last three (3) days.


                        KENNETH J. MURPHY, CLERK

                        <u>s/ Kevin Moser</u>
                        Kevin Moser
                        Case Manager
                        (513) 564-7620

cc: Troy Jones (Pro Se)    Marianne Pressman, Esq.    Philip King, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.