```
                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF OHIO
                      WESTERN DIVISION
```

TROY JONES,                    :    NO. 1:00-CV-00095
                               :
     Plaintiff,               :
                               :    **ORDER**
  v.                           :
                               :
                               :
HAROLD CARTER, et. al,         :
                               :
     Defendants.              :


       The parties met before the Court on September 25, 2003, for a status conference. Plaintiff and co-counsel for Defendants were present by telephone.

       At the September 16, 2003 Final Pretrial Conference, Plaintiff had informed the Court that he would be released from prison on October 27, 2003. As such, the Court found it appropriate to set a status conference to query the parties about a brief continuance of the trial in this matter, currently set for October 7, 2003, in order to allow Plaintiff to prosecute this action as a free man.

       Counsel for Defendants argued that the Court should maintain the October 7, 2003 trial date, as the Defendants have been waiting for nearly four years to be vindicated. Counsel for Defendants also posited that it could be burdensome for Plaintiff to cover his travel and lodging expenses to prosecute this action in Cincinnati. Plaintiff indicated that he would be amenable to a

continuance of the trial in this matter, in order to have more time to issue any necessary subpoenas, as well as to possibly obtain the assistance of counsel.  Plaintiff indicated he would not find it burdensome to prosecute this action in Cincinnati.

Having reviewed this matter, the Court finds that the interests of justice are served by a brief continuance in this matter.  Accordingly, the Court VACATES the October 7, 2003 trial date (doc. 52), and RESETS the three-day jury trial in this matter to commence on November 4, 2003.


SO ORDERED.

Dated: October 1, 2003          s/S. Arthur Spiegel                
                                S. Arthur Spiegel
                                United States Senior District Judge

Having reviewed this matter, the Court finds Defendants' Motion well-taken. Therefore, the Court hereby GRANTS the Defendants' Motion and VACATES the settlement conference set for October 3, 2002, at 3:00 p.m. (doc. 9). The Court further SCHEDULES a settlement conference for December 12, 2002, at 3:00 p.m.

SO ORDERED.

Dated: _____          _____

S. Arthur Spiegel

United States Senior District Judge