UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TROY JONES, #239-697 | : | Case No. C-1-00-95 |
| Plaintiff, | : | |
| vs. | : | Judge Spiegel |
| HAROLD CARTER, et al. | : | |
| Defendants | : | |

## NOTICE OF MANUAL FILING

Please take notice that Defendants have manually filed the videotape deposition of Aryjayra L. Treadway and the transcription of the videotape deposition taken on October 31, 2003. This Notice has been manually served on all parties.

Respectfully submitted,

JIM PETRO
Attorney General of Ohio

s/ MARIANNE PRESSMAN
MARIANNE PRESSMAN (0059512)
Assistant Attorney General
Corrections Litigation Section
1600 Carew Tower, 441 Vine Street
Cincinnati, Ohio 45202-2809
Telephone: (513) 852-3497
Facsimile: (513) 852-3484
E-Mail: mpressman@ag.state.oh.us

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was forwarded to Plaintiff Troy Jones, 3590 East Deshler, Columbus, OH 43277, by regular U.S. mail this 3rd day of November, 2003.

s/ MARIANNE PRESSMAN
MARIANNE PRESSMAN (0059512)
Assistant Attorney General
Corrections Litigation Section
1600 Carew Tower, 441 Vine Street
Cincinnati, Ohio 45202-2809
(513) 852-3497
E-Mail: mpressman@ag.state.oh.us
