IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Troy Jones, | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:00-cv-00095 |
| vs. | : | |
| | : | Senior District Judge S. Arthur Spiegel |
| Harold Carter, et. al., | : | |
| | : | |
| Defendant(s) | : | |

JUDGMENT IN A CIVIL CASE


Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . Plaintiff was aware of the November 4, 2003 trial date, and Plaintiff failed to appear to prosecute his case.  As such, dismissal pursuant to Fed. R. Civ. P. 41(b) is entirely appropriate.

Accordingly, the Court GRANTS Defendants' Motion to Dismiss, and DISMISSES this case WITH PREJUDICE for want of prosecution.




11/4/03                                      Kenneth Murphy, Clerk


                                             s/Kevin Moser_____
                                             Kevin Moser
                                             Deputy Clerk