**Professional Reporters, Inc**
398 South Washington Ave
Columbus, Ohio 43215
(614) 460-5000
(614) 460-5566 Fax

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/31/2003 | 14615 |

| BILL TO |
|---|
| Assistant Attorney General
Marianne Pressman
441 Vine Street
1600 Carew Tower
Cincinnati, Ohio 45202 |

| IN RE: |
|---|
| Jones vs Carter

513-852-3497 |

## Tax ID: 31-0995591

| JOB NO. | REP |
|---|---|
| DM857 | DM |

| ITEM | DESCRIPTION | DEPONENT | SERVICED | AMOUNT |
|---|---|---|---|---|
| A///P | Reporter Appearance | Mason Williams | 7/14/2003 | 67.50 |
| A///P | Reporter Appearance | Corteze Henderson | 7/14/2003 | 22.50 |
| B//OR14 | Original Transcript | Mason Williams | 7/14/2003 | 204.75 |
| B/ORSD | Original Transcript | Corteze Henderson | 7/14/2003 | 39.20 |
| SIGFEE | Signature Fee | Mason Williams | 7/14/2003 | 25.00 |
| ML | Mileage charge | Luscasville, OH | 7/14/2003 | 50.22 |
| Travel | Reporter Travel Time | Luscasville, OH | 7/14/2003 | 96.00 |
| Shipping | Shipping/Handling | | 7/28/2003 | 35.00 |

*Finance charges of 1.5% will be added after 30 days*
We accept Visa, Mastercard, AMEX, & Discover

**Total**   $540.17

DEFENDANTS' EXHIBIT A
1:00CV00095