DRAPER & OESTREICHER
3609 W. 8TH STREET
PHONE NO. 244-2223
CINCINNATI OH 45205

**Invoice**

| | |
|---|---|
| Number | 3031 |
| Date | 10/01/03 |

*Initially sent 9/5/03*

NOV 10 2003

**Bill To**
Marianne Pressman, Esq.
Assistant Attorney General
1600 Carew Tower
Cincinnati OH 45202

| Fed. Tax. ID | 31-0993223 | fax no. | 513-244-1024 | ehde |
|---|---|---|---|---|

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Re: Case No. C-1-00-95 | | |
| | Troy Jones vs. Harold Carter, et al. | | |
| | 9/7/03 - Deposition of Rafael Dixon | | |
| 26 | pages, original and condensed copy @ *original sent to the witness for review and signature | 3.50 | 91.00 |
| 1.25 | hours, attendance of reporter @ | 40.00 | 50.00 |
| | travel time to and from Lucasville (SOCF) (approx. 4 to 5 hours driving) | 80.00 | 80.00 |

Amount Paid 0.00          Amount Due 221.00

Aging Statement
| 0 - 30 days | 31 - 60 | 61 - 90 | 90 plus | Total |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 221.00 | 221.00 |

TOTAL          $221.00

DEFENDANTS' EXHIBIT B
1:00CV00095