# Invoice

**LEGAL VIDEO SERVICES**

9242 State Route 7 S

Gallipolis    OH    45631-8918
Phone:   800.298.0858
Fax:     740.446.9788
Email:   legalvid@eurekanet.com

| | |
|---|---|
| Invoice Date: | 7/29/2003 |
| Invoice Number: | 0307.141P |
| PO Number: | Verbal-Ms. Pressma |
| Due Date: | 8/28/2003 |
| Billing Terms: | Net 30 |

**Billing Address**

Marianne Pressman, Esq
1600 Carew Tower
441 Vine Street
Cincinnati    OH    45202

| Item | Description | Hours | Rate | Total |
|---|---|---|---|---|
| Video Deposition, First Hour | Troy Jones, 7.14.2003, 09:30-11:30 | 1 | 250 | 250.00 |
| Video Deposition, Add. Hour(s) | | 1 | 125 | 125.00 |



| | |
|---|---|
| SubTotal: | 375.00 |
| Tax: | 0.00 |
| Total: | 375.00 |

**Customer Note:**
USPS Priority Mail Delivery Confirmation Number:  0301 0120 0004 1065 6681

DEFENDANTS' EXHIBIT C
1:00CV00095