**Deposition Specialists, Inc.**
35 East Gay Street, Suite 300
Columbus, Ohio 43215
(614) 221-4034   Tax ID #31-1287221

# Invoice

Number: **5205**

Date: **November 07, 2003**

**Bill To:**
Philip A. King
Assistant Attorney General
Corrections Litigation Section
150 E. Gay Street, 16th Fl.
Columbus, OH 43215

**Case Caption:**
Troy Jones vs. Harold Carter
Depo of Arjayra L. Treadway
10/31/03  9:00-10:34 a.m.

| Reporter | Case No. | | Venue |
|---|---|---|---|
| S. Bennett | C1-00-095 | | U.S. District Court |

| Witness | Description | Pgs/Hrs, | Price | Amount |
|---|---|---|---|---|
| Arjayra Treadway | Appearance Fee | 1.50 | 42.00 | 63.00 |
| | Original 2 day delivery | 21.00 | 5.75 | 120.75 |
| | Same side copy | 21.00 | 0.55 | 11.55 |
| Roundtrip | Travel time | 3.50 | 42.00 | 147.00 |
| | Mileage | 181.00 | 0.35 | 63.35 |

Total   **$405.65**

We Greatly Appreciate Your Business!