# CopyPLEX

**Invoice**

Invoice Number:
DP03110011

400 Tri-State Building
432 Walnut Street
Cincinnati, Ohio 45202

(513) 381-COPY(2679)

Invoice Date:
Nov 3, 2003

Page:
1

Sold To:
Attorney General's Office
1600 Carew Tower
441 Vine Street
Cincinnati, OH  45202

Ship to:
Marianne Pressman

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Attorney01 | Jones V Carter | Net Due; 1.5% per mo > 30 | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| BUR100 | | 11/3/03 | 11/3/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | Video Reproduction | 14.95 | 14.95 |

Received by: _____

Check No:

Federal Tax ID Number: 31-1422582

| | |
|---|---|
| Subtotal | 14.95 |
| Sales Tax | |
| Total Invoice Amount | 14.95 |
| Payment Received | |
| **TOTAL** | 14.95 |

DEFENDANTS' EXHIBIT E
1:00CV00095