DEFENDANTS' EXHIBIT F
1:00CV00095

**KEY BLUE PRINTS, INC.**

INVOICE
195 E. LIVINGSTON AVENUE
— CORPORATE OFFICE —

VISIT OUR WEBSITE AT www.keycompanies.com
COLUMBUS, OHIO 43215
(614) 228-3285
1-800-537-1907
FAX (614) 228-0687

6180 Cleveland Avenue   Columbus, Ohio 43231   (614) 899-6180
6175 Shamrock Court   Dublin, Ohio 43017   (614) 761-7999

VISIT US AT OUR NEW WEB SITE
www.keycompanies.com

SOLD TO:
OHIO ATTORNEY GENERAL
30 EAST BROAD ST. 17TH FL
ATTN: CINDY WEIKART/PA
COLUMBUS OH 43215

SHIP TO:
OHIO ATTORNEY GENERAL
30 EAST BROAD ST. 17TH FL
ATTN: CINDY WEIKART/PA
COLUMBUS OH 43215

| CUSTOMER NO. | TERMS | SHIP VIA | TRTRY | AGENT | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 150646 | NET 30 DAYS | .DELIVERY | 0030 | | 10/24/03 | 123015 |

| ORDER DATE | YOUR ORDER NUMBER | | | JOB NAME | SALESMAN | BACKORDER NO. |
|---|---|---|---|---|---|---|
| 10/24/03 | | | | CORRECTIONS/GLASGOW | 8 | |

ORDERED BY: SCOTT

| DEPT. | (ORIGINALS) ORDERED | (COPIES) SHIPPED | B/O | PRODUCT CODE | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | 1 | 6 | | 278 | LG FORMAT COLOR GRAPHICS | 20 x 30 | | 162.00 |
| 5 | 1 | 6 | | 192 | FOME-CORE MOUNTING | 20 x 30 | | 60.75 |
| 5 | 1 | 6 | | 192 | FOME-CORE MOUNTING | 20 x 30 | | 60.75 |

RECEIVED NOV 4 2003
RECEIVED NOV 3 2003
FINANCE SECTION

PAID

OK to pay [signature] 11/4/03

| | SUB TOTAL | 283.50 |
|---|---|---|
| | SALES TAX ☐H | |
| | **TOTAL** | 283.50 |

Received by: _____
Date _____

Acceptance by you of any or all of the work described on this front page shall constitute your assent (if not theretofore given) to the terms of sale as set forth on the reverse side of this page.

*CHARGE*

123015   Page 1