UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TROY JONES,

        Plaintiff,

-vs-                                                        C-1-00-95

HAROLD CARTER, et al.,

        Defendants.

### CLERK'S MEMORANDUM ON COSTS

This matter is before the Clerk on the Bill of Costs filed by Defendants Gary Shepherd and Tim Basham (doc. no. 62). A thorough review of the record indicates that no objection has been filed.

Therefore, the Bill of Costs is **GRANTED** in its entirety in the amount of **$1,840.27**. The five day period for filing a Motion to Retax before the Court shall begin upon receipt of this memorandum.

Dated: March 5, 2004                        James Bonini, Clerk

                                                        BY: _Karen F. Jones_
                                                              Karen F. Jones
                                                              Resident Deputy-in-Charge

AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern District of Ohio (Cincinnati)

TROY JONES

V.

HAROLD CARTER, et al.,

## BILL OF COSTS

Case Number: 1:00-CV-00095

Judgment having been entered in the above entitled action on November 4, 2003 against Troy Jones, the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $283.50 (see attached) |
| Docket fees under 28 U.S.C. 1923 | $1,556.77 (see attached) |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** | **$ $1,840.27** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Troy Jones, 3590 East Deshler Avenue, Columbus, Ohio 43227

Signature of Attorney: _[signed]_

Name of Attorney: Philip A. King (0071895)

For: Defendants Gary Shepherd and Tim Basham
Name of Claiming Party

Date: 12/18/03

Costs are taxed in the amount of $1,840.27 and included in the judgment.

JAMES BONINI
Clerk of Court

By: _[signed]_ Kate J. Jones
Deputy Clerk

3-5-04
Date