**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $
Certified Fee
Postmark Here
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 1,000/95

Sent To: Troy Jones #239-692
Street, Apt. No.; or PO Box No. Lucasville Corr. Facility
P.O. Box 45699
City, State, ZIP+4 Lucasville, OH 45699

7001 2510 0000 6349 9308