**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Troy Jones,                            :

    Plaintiff,

                                   :

  v.                                   Case No.: 1:00-cv-00095

Harold Carter, et al.,                 :

    Defendant,                         **<u>NOTICE</u>**

The record of the above-captioned case shows that this matter has been terminated from the docket of Judge Spiegel. The record further indicates that there are currently depositions and/or exhibits on file for this case. Pursuant to Local Rule 79.2(a), please contact chambers to make arrangements to pick up these items. Any items submitted by parties will be destroyed within 15 days of the date of this notice if arrangements are not made to retrieve them.

                                           S. Arthur Spiegel
                                           United States Senior District Judge

                                           By: <u>s/Kevin Moser</u>
                                                Kevin Moser
                                                Case Manager
                                                (513) 564-7620